IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
WILLIAM GLEASON, ET AL.,         :
                                 :
          Plaintiffs,            :    CIVIL ACTION
                                 :    NO. 11-CV-6273
v.                               :
                                 :
EAST NORRITON TOWNSHIP, ET AL.,  :
                                 :
          Defendants.            :
```

## ORDER

AND NOW, this 24th day of July, 2012, upon consideration of the Motion to Dismiss filed by Defendants Pasquale, Cafrey, Warner, Ladson and East Norriton Township (Doc. No. 5), the Motion to Dismiss filed by Defendant Potera (Doc. No. 6), and Plaintiffs' Responses in opposition thereto (Doc. Nos. 7 and 9), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motions are GRANTED as to Plaintiffs' Section 1983 claims for First Amendment retaliation (Count II), malicious prosecution (Count III) and conspiracy (Count IV). The Motions are DENIED as to all other claims.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.